# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

JOHN G. MARTIN
Partner
Email: jmartin@garfunkelwild.com
Direct Dial: (516) 393-2214

FILE NO.: 13254.0002

December 13, 2011

**By ECF**

Honorable Edward Korman
Judge of the District Court
Eastern District of New York

    Re:    U.S. v. Ho Yon Kim, et al., Docket 11-Cr-00743

Dear Judge Korman:

    I represent defendant Peter Lu in the above captioned matter. Dr. Lu is requesting the Court's permission to travel to visit his uncle in New Jersey over the New Year Holiday. He would leave on December 30 and return on January 2. The prosecutor, Katherine Houston, and Dr. Lu's Pretrial Supervision officer, Amina Alma, have no objection. We have provided them both with the exact location where Dr. Lu will be staying.

    Thank you in advance for you consideration of this request.

Sincerely,

John G. Martin

JGM:cmb

NEW YORK      NEW JERSEY      CONNECTICUT

1979433v.1